**LAW OFFICES OF HUGO GAMEZ**
HUGO E. GAMEZ, ESQ. (Bar No. 276765)
Hugo@hgamezlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
TEL: 424.442.0623
FAX: 310.693.2538

Attorneys for Plaintiff
ANA PEREZ

THOMAS G. MACKEY (SBN 174572)
thomas.mackey@jacksonlewis.com
TONY ZHAO, (SBN 313328)
tony.zhao@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
Equinox Holdings, Inc.

FILED
CLERK, U.S. DISTRICT COURT
September 14, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PEREZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>EQUINOX HOLDINGS, INC. a Delaware Corporation; and DOES 1 through 50, inclusive<br><br>  Defendant. | **Case No.: 2:19-cv-01108 SB (JPR)**<br><br><br>**FINAL JUDGMENT** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PEREZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUINOX HOLDINGS, INC. a Delaware Corporation; and DOES 1 through 50, inclusive<br><br>　　　　Defendant. | Case No.: 2:19-cv-01108 CJC (JPRx)<br><br>**FINAL JUDGMENT** |

　　1.　　Plaintiff Ana Perez ("Plaintiff") brought the present action against Defendant Equinox Holdings, Inc. ("Defendant") alleging (1) Disability Discrimination in Violation of California Gov. Code § 12940 et seq.; (2) Failure to Accommodate Disability in Violation of Gov. Code § 12940(m); (3) Failure to Engage in Interactive Process in Violation of Gov. Code § 12940(n); (4) Failure to Prevent Discrimination in Violation of Gov. Code § 12940(k); (5) Wrongful Discharge in Violation of Public Policy; (6) Retaliation in Violation of California Government Code § 12940(h); and (7) Violation of Bu. & Prof. § 17200.  Prior to trial, Plaintiff abandoned her Seventh Claim for Violation of Bu. & Prof. § 17200.

　　2.　　A jury trial in this case was held on September 2, 2021, September 3, 2021, and September 7, 2021.  Hugo E. Gamez of the Law Offices of Hugo Gamez made

appearance for Plaintiff. Thomas G. Mackey and Tony Zhao of Jackson Lewis P.C. made appearance for Defendant.

3. The jury reached a unanimous verdict in this case on September 7, 2021.

4. Based on the jury's unanimous verdict, judgment is entered by the Court for Defendant and against Plaintiff on all of the following causes of action: (1) Disability Discrimination in Violation of California Gov. Code § 12940 et seq.; (2) Failure to Accommodate Disability in Violation of Gov. Code § 12940(m); (3) Failure to Engage in Interactive Process in Violation of Gov. Code § 12940(n); (4) Failure to Prevent Discrimination in Violation of Gov. Code § 12940(k); and (5) Retaliation in Violation of California Government Code § 12940(h).

5. The Court denies all relief not granted in this judgment.

6. This is a FINAL JUDGMENT.

DATED: September 14, 2021  _____
HON. STANLEY BLUMENFELD
U.S. DISTRICT JUDGE